1  Linda Dakin-Grimm (SBN 119630)
   Louis Anthony Pellegrino (*pro hac vice* in process)
2  Patricia J. Quilizapa (SBN 233745, application for
   admission to this Court pending)
3  Aluyah I. Imoisili (SBN 245572, application for
   admission to this Court in process)
4  MILBANK, TWEED, HADLEY & McCLOY LLP
   601 S. Figueroa Street, 30th floor
5  Los Angeles, CA 90017
   Telephone:  (213) 892-4000
6  Fax:        (213) 629-5063
   Ldakin-grimm@milbank.com
7

8  Attorneys for Defendants PSM HOLDING CORP.,
   a New York Corporation
9

10                  **UNITED STATES DISTRICT COURT**

11               **NORTHERN DISTRICT OF CALIFORNIA**

12  JULIE C. CHAO, an individual, and in          Case No. **CV 08 0100**
13  her capacity as Trustee of CHAO
    LIVING TRUST,                                  **CERTIFICATION OF INTERESTED
14                                                  ENTITIES OR PERSONS UNDER FRCP
                      Plaintiff,                     7.1 AND LOCAL RULE 3-16**
15
          v.
16
    PSM HOLDING CORP., a corporation,             *[Filed Concurrently with Notice of Removal;*
17  and DOES 1-20, inclusive,                      *Civil Cover Sheet; Notice of Pendency of*
                                                   *Other Action; and Declaration of Patricia J.*
18                    Defendants.                   *Quilizapa]*
19
20
21
22
23
24
25
26
27
28

1    Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Local

2    Rule 3-16, the undersigned, counsel of record for PSM Holding Corp., certifies that the

3    following listed persons, associations of persons, firms, partnerships, corporations (including

4    parent corporations) or other entities associated with Defendant (i) have a financial interest in the

5    subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest

6    in that subject matter or in a party that could be substantially affected by the outcome of this

7    proceeding:

8          1.    Public Service Mutual Insurance Company – parent company; owner of 100% of

9    the stock of Plaintiff PSM Holding Corp.

10

11   Dated:  January 7, 2008

                               MILBANK TWEED HADLEY & McCLOY LLP

13                                By _____

14                                  Linda Dakin-Grimm

                               L. Anthony Pellegrino

15                                  Patricia J. Quilizapa

                               Aluyah I. Imoisili

16

17                                  Attorneys for PSM Holding Corp.

18

19

20

21

22

23

24

25

26

27

28

-2-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS