| | |
|---|---|
| 1 | Linda Dakin-Grimm (SBN 119630) |
| | Louis Anthony Pellegrino (*pro hac vice* in process) |
| 2 | Patricia J. Quilizapa (SBN 233745, application for admission to this Court pending) |
| 3 | Aluyah I. Imoisili (SBN 245572, application for admission to this Court in process) |
| 4 | MILBANK, TWEED, HADLEY & McCLOY LLP |
| | 601 S. Figueroa Street, 30th floor |
| 5 | Los Angeles, CA 90017 |
| | Telephone: (213) 892-4000 |
| 6 | Fax: (213) 629-5063 |
| 7 | Ldakin-grimm@milbank.com |
| 8 | Attorneys for Defendants PSM HOLDING CORP., a New York Corporation |

*[Court stamp: 08 JAN -7 PM 3:23 CLERK, U.S. DISTRICT COURT, N.D. CALIFORNIA]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE C. CHAO, an individual, and in her capacity as Trustee of CHAO LIVING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PSM HOLDING CORP., a corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C08-0100 EWC<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>Complaint filed: December 5, 2007<br>Complaint and Summons served: December 10, 2007 |

LA1:#6370073v1

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL

| | |
|---|---|
| 1 | I, Beth Aalberts, certify and declare as follows: |
| 2 | I am over the age of 18 years and not a party to this action. |
| 3 | My business address is 601 S. Figueroa St., 30th Fl., Los Angeles, California 90017 |
| 4 | which is located in the city, county and state where the mailing described below took place. |
| 5 | On January 7, 2008, I deposited in the United States Mail at Los Angeles, California, a |
| 6 | copy of the Notice of Adverse Party of Removal to Federal Court dated January 7, 2008, a copy |
| 7 | of which is attached to this Certificate, addressed to plaintiff's counsel as follows: |

Friedman Dumas & Springwater LLP
Cecily A. Dumas, Esq.
Robert L. Fleischman, Esq.
Brandon C. Chaves, Esq.
150 Spear Street, Suite 1600
San Francisco, CA  94105

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2008.

_____
Beth Aalberts

LA1:#6370073v1                          -2-
CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL