Linda Dakin-Grimm (SBN 119630)
Louis Anthony Pellegrino (*pro hac vice* in process)
Patricia J. Quilizapa (SBN 233745)
Aluyah I. Imoisili (SBN 245572, application for admission to this Court in process)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 S. Figueroa Street, 30th floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Fax: (213) 629-5063
Ldakin-grimm@milbank.com

Attorneys for Defendants PSM HOLDING CORP.,
a New York Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE C. CHAO, an individual, and in her capacity as Trustee of CHAO LIVING TRUST,<br><br>Plaintiff,<br>v.<br><br>PSM HOLDING CORP., a corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C 08-0100 EMC ADR<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 8, 2008        Signature _____

Counsel for <u>Plaintiff PSM Holding Corp.</u>
(Plaintiff, Defendant, or indicate "pro se")

LA1:#6370313v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 601 South Figueroa Street, 30th Floor, Los Angeles, California 90017.

On <u>January 8, 2008</u>, I served the foregoing document described as:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in this action:

__ by placing true copies thereof enclosed in sealed envelopes addressed as follows:

> Friedman Dumas & Springwater LLP
> Cecily A. Dumas, Esq.
> Robert L. Fleischman, Esq.
> Brandon C. Chaves, Esq.
> 150 Spear Street, Suite 1600
> San Francisco, CA 94105

**X** **BY MAIL**: Following ordinary business practices at the Los Angeles, California office of Milbank, Tweed, Hadley & McCloy LLP, I placed the sealed envelope(s) for collection and mailing with the United States Postal Service on that same day. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, such correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

__ **BY E-MAIL TRANSMISSION**: I caused the foregoing documents to be transmitted via electronic mail to the parties listed on the attached service list.

__ **BY FEDERAL EXPRESS**: Following ordinary business practices at the Los Angeles, California office of Milbank, Tweed, Hadley & McCloy LLP, I placed the sealed envelope(s) for collection and retrieval by Federal Express on that same day. I am readily familiar with the firm's practice for collection and processing of correspondence for retrieval by Federal Express. Under that practice, such correspondence would be retrieved by Federal Express on

LA1:#6370320

that same day, with fees thereon fully prepaid at Los Angeles, California, in the ordinary course of business

__X__   **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 8, 2008, at Los Angeles, California.

BETH A. AALBERTS

LA1:#6370320