1  FRIEDMAN DUMAS & SPRINGWATER LLP
   Cecily A. Dumas (SBN 111449)
2  Robert L. Fleischman (SBN 80045)
3  Brandon C. Chaves (SBN 225595)
   150 Spear Street, Suite 1600
4  San Francisco, CA 94105
   Telephone:    (415) 834-3800
5  Fax           (415) 834-1044
   Cdumas@friedumspring.com
6
7  Attorneys for Plaintiff

8  MILBANK, TWEED, HADLEY & McCLOY LLP
   Linda Dakin-Grimm (SBN 119630)
9  Louis Anthony Pellegrino (*pro hac vice* pending)
   Patricia J. Quilizapa (SBN 233745)
10 Aluyah I. Imoisili (SBN 245572, application for admission to this
   Court pending)
11 601 S. Figueroa Street, 30th floor
12 Los Angeles, CA 90017
   Telephone:  (213) 892-4000
13 Fax:        (213) 629-5063
   Ldakin-grimm@milbank.com
14
15 Attorneys for Defendant

16

17              IN THE UNITED STATES DISTRICT COURT

18              FOR THE NORTHERN DISTRICT OF CALIFORNIA

19 
| JULIE C. CHAO, an individual, and in her capacity as Trustee of CHAO LIVING TRUST, | CASE NO. C 08-0100-EMC-ARB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT PSM HOLDING CORP.'S TIME TO RESPOND TO THE COMPLAINT |
| v. | |
| PSM HOLDING CORP., a corporation, and DOES 1-20, inclusive, | |
| Defendants. | |

LA1:#6370452v2

STIPULATION TO EXTEND TIME

WHEREAS, on December 10, 2007, plaintiff Julie C. Chao ("Chao"), served defendant PSM Holding Corp. ("PSM") with its Complaint for Declaratory Relief (the "Complaint") and Summons issued by the Superior Court of California for the County of San Mateo by United States registered mail, pursuant to California Code of Civil Procedure §415.40;

WHEREAS, on January 7, 2008, PSM removed the above-entitled action from State court to the United States District Court for the Northern District of California (the "Northern District");

WHEREAS, on January 7, 2008, PSM filed a Notice of Pendency of Other Action requesting transfer of the above-entitled action from the Northern District to the Honorable Valerie Baker Fairbank in the Central District of California, for the reasons stated therein;

WHEREAS, on January 9, 2008, the parties met and conferred pursuant to Northern District Local Rule 7-11 on PSM's intent to file an Administrative Motion for Determination of Related Case;

WHEREAS, pursuant to Federal Rules of Civil Procedure 6 and 81(c)(2)(C), PSM's response to the Complaint would be due on January 14, 2008, absent an order pursuant to this Stipulation;

WHEREAS, the parties wish to have a resolution, either by court order or by agreement of the parties, on the issues raised in the Notice of Pendency or any motion that PSM may file for determination of related case, before any responsive pleading to the Complaint is due;

WHEREAS, no previous extensions of time have been requested by either party in the above-entitled action; and

WHEREAS, the requested extension of time would have no detrimental effect on the schedule for the above-entitled action;

THEREFORE, plaintiff Chao and defendant PSM hereby stipulate, through their respective counsel and pursuant to Federal Rule of Civil Procedure 6(b) and

LA1:#6370452v2

1  Northern District Local Rules 6-1, 6-2 and 7-12, that PSM shall have up to and
2  including February 4, 2008, to respond to the Complaint in this matter.

Dated: January 10, 2008          FRIEDMAN DUMAS & SPRINGWATER LLP

By: /s/CECILY A. DUMAS
        Cecily A. Dumas
Attorneys for Plaintiff
JULIE C. CHAO

Dated: January 10, 2008          MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/PATRICIA J. QUILIZAPA
        Patricia J. Quilizapa
Attorneys for Defendant
PSM HOLDING CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:                           By:_____
                                       Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

 I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 601 South Figueroa Street, 30th Floor, Los Angeles, California 90017.

 On <u>January 10, 2008</u>, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT PSM HOLDING CORP.'S TIME TO RESPOND TO THE COMPLAINT** on the interested parties in this action:

<u>**X**</u> by placing true copies thereof enclosed in sealed envelopes addressed as follows:

FRIEDMAN DUMAS & SPRINGWATER LLP
Cecily A. Dumas (SBN 111449)
Robert L. Fleischman (SBN 80045)
Brandon C. Chaves (SBN 225595)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone: (415) 834-3800
Fax: (415) 834-1044

<u>**X**</u> **BY MAIL:** Following ordinary business practices at the Los Angeles, California office of Milbank, Tweed, Hadley & McCloy LLP, I placed the sealed envelopes for collection and mailing with the United States Postal Service on that same day. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, such correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

<u>  </u> **BY FEDERAL EXPRESS:** Following ordinary business practices at the Los Angeles, California office of Milbank, Tweed, Hadley & McCloy LLP, I placed the sealed envelope(s) for collection and retrieval by Federal Express on that same day. I am readily familiar with the firm's practice for collection and processing of correspondence for retrieval by Federal Express. Under that practice, such correspondence would be retrieved by Federal Express on that same day, with fees thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

<u>  </u> **BY EMAIL:** I caused the above-entitled document(s) to be sent to the recipient(s) noted via electronic transfer (EMAIL) at the email address(es) indicated, as previously agreed by the parties.

 Executed on <u>January 10, 2008</u>, at Los Angeles, California.

| | |
|---|---|
| <u>BETH A. AALBERTS</u> | <u> /s/BETH A. AALBERTS</u> |
| Type or Print Name | Signature |