FRIEDMAN DUMAS & SPRINGWATER LLP
Cecily A. Dumas (SBN 111449)
Robert L. Fleischman (SBN 80045)
Brandon C. Chaves (SBN 225595)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone:    (415) 834-3800
Fax               (415) 834-1044
Cdumas@friedumspring.com

Attorneys for Plaintiff

MILBANK, TWEED, HADLEY & McCLOY LLP
Linda Dakin-Grimm (SBN 119630)
Louis Anthony Pellegrino (*pro hac vice* pending)
Patricia J. Quilizapa (SBN 233745)
Aluyah I. Imoisili (SBN 245572, application for admission to this Court pending)
601 S. Figueroa Street, 30th floor
Los Angeles, CA 90017
Telephone:  (213) 892-4000
Fax:            (213) 629-5063
Ldakin-grimm@milbank.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE C. CHAO, an individual, and in her capacity as Trustee of CHAO LIVING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PSM HOLDING CORP., a corporation, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. C 08-0100-~~EMC-ARB~~ MMC<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEFENDANT PSM HOLDING CORP.'S TIME TO RESPOND TO THE COMPLAINT |

LA1:#6370452v2

STIPULATION TO EXTEND TIME

1     WHEREAS, on December 10, 2007, plaintiff Julie C. Chao ("Chao"), served defendant PSM Holding Corp. ("PSM") with its Complaint for Declaratory Relief (the "Complaint") and Summons issued by the Superior Court of California for the County of San Mateo by United States registered mail, pursuant to California Code of Civil Procedure §415.40;

    WHEREAS, on January 7, 2008, PSM removed the above-entitled action from State court to the United States District Court for the Northern District of California (the "Northern District");

    WHEREAS, on January 7, 2008, PSM filed a Notice of Pendency of Other Action requesting transfer of the above-entitled action from the Northern District to the Honorable Valerie Baker Fairbank in the Central District of California, for the reasons stated therein;

    WHEREAS, on January 9, 2008, the parties met and conferred pursuant to Northern District Local Rule 7-11 on PSM's intent to file an Administrative Motion for Determination of Related Case;

    WHEREAS, pursuant to Federal Rules of Civil Procedure 6 and 81(c)(2)(C), PSM's response to the Complaint would be due on January 14, 2008, absent an order pursuant to this Stipulation;

    WHEREAS, the parties wish to have a resolution, either by court order or by agreement of the parties, on the issues raised in the Notice of Pendency or any motion that PSM may file for determination of related case, before any responsive pleading to the Complaint is due;

    WHEREAS, no previous extensions of time have been requested by either party in the above-entitled action; and

    WHEREAS, the requested extension of time would have no detrimental effect on the schedule for the above-entitled action;

    THEREFORE, plaintiff Chao and defendant PSM hereby stipulate, through their respective counsel and pursuant to Federal Rule of Civil Procedure 6(b) and

LA1:#6370452v2

STIPULATION TO EXTEND TIME

Northern District Local Rules 6-1, 6-2 and 7-12, that PSM shall have up to and including February 4, 2008, to respond to the Complaint in this matter.

Dated:  January 10, 2008          FRIEDMAN DUMAS & SPRINGWATER LLP

By:        /s/CECILY A. DUMAS
            Cecily A. Dumas
Attorneys for Plaintiff
JULIE C. CHAO

Dated:  January 10, 2008          MILBANK, TWEED, HADLEY & McCLOY LLP

By:    /s/PATRICIA J. QUILIZAPA
            Patricia J. Quilizapa
Attorneys for Defendant
PSM HOLDING CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:  January 14, 2008          By: /s/ Maxine M. Chesney
                                       ~~Judge~~  United States District Judge

LA1:#6370452v2

-2-
[PROPOSED] ORDER