1  MILBANK, TWEED, HADLEY & McCLOY LLP
   Linda Dakin-Grimm (SBN 119630)
2  Louis Anthony Pellegrino (admitted *pro hac vice* pending)
   Patricia J. Quilizapa (SBN 233745)
3  Aluyah I. Imoisili (SBN 245572, application for admission to this Court pending)
4  601 S. Figueroa Street, 30th floor
   Los Angeles, CA 90017
5  Telephone:  (213) 892-4000
   Fax:          (213) 629-5063
6  Ldakin-grimm@milbank.com

7  Attorneys for Defendant PSM Holding Corp.

8

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10

11 JULIE C. CHAO, an individual, and in her       Case No. CV08-0100-MMC-ARB
   capacity as Trustee of CHAO LIVING TRUST,
12                                                  **NOTICE OF LARRY CHAO'S FILING**
                 Plaintiff,                         **OF CHAPTER 11 PETITION AND**
13                                                  **EFFECT OF AUTOMATIC STAY OF**
            v.                                      **11 U.S.C. § 362 ON THIS ACTION**
14
15 PSM HOLDING CORP., a corporation, and           **Hon. Maxine M. Chesney**
   DOES 1-20, inclusive,
16
                 Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

LA1:#6370452v2
              NOTICE OF LARRY CHAO'S FILING OF CHAPTER 11 PETITION

1    TO THE COURT, ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that on January 7, 2008 (the "Petition Date"), Larry P. Chao

3    (the "debtor"), Plaintiff Julie Chao's husband, filed a voluntary petition for relief under chapter

4    11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy

5    Court for the Northern District of California. The chapter 11 case has been assigned case

6    number 08-30016 before the Honorable Judge Dennis Montali.

7        The Complaint filed by Plaintiff Julie Chao on December 5, 2007 in the above-entitled

8    action, seeks a determination "that the community assets of Plaintiff and the Trust Estate of the

9    Chao Living Trust can not [sic] be reached by Defendant PSM if it executes on a Judgment

10   arising out of its Lawsuit suit [sic] against National, BAIC, and Larry Chao." Complaint at 7, ¶

11   1.

12       Pursuant to Bankruptcy Code § 541(a), the bankruptcy estate of the debtor consists of "all

13   interests of the debtor *and the debtor's spouse in community property* as of the commencement

14   of the [bankruptcy] case." 11 U.S.C. § 541(a)(1) (emphasis added).

15       Pursuant to Bankruptcy Code § 362(a), the filing of the chapter 11 petition by Larry Chao

16   operates as a stay applicable to all entities of:

17       (1) the commencement or continuation, including the issuance or employment of

18       process, of a judicial, administrative, or other action or proceeding against the

19       debtor that was or could have been commenced before the commencement of the

20       case under this title, or to recover a claim against the debtor that arose before the

21       commencement of the case under this title;

22       **(2) the enforcement, against the debtor *or against property of the estate*, of a**

23       **judgment obtained before the commencement of the case under this title; [or]**

24       **(3) any act to obtain possession of property of *the estate or of property from***

25       ***the estate* or to exercise control over property of the estate.**

26   11 U.S.C. § 362(a)(1)-(3) (emphasis added).

27       ///

28       ///

1       THEREFORE, it appears that the automatic stay prohibits the Defendant from filing a

2    response to Plaintiff's Complaint pertaining to the community property of Julie Chao and debtor

3    Larry Chao, and also prohibits this Court from entertaining the same.

4

5    Respectfully submitted,

6

7    Dated:  January 14, 2008              MILBANK TWEED HADLEY & McCLOY LLP

8                                          By:_____
                                              Linda Dakin-Grimm
9                                             Louis Anthony Pellegrino
                                              Patricia J. Quilizapa
10                                            Aluyah I. Imoisili

11                                            Attorneys for Defendant PSM Holding Corp.

12   LA1:#6368059

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA1:#6370452v2

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 601 South Figueroa Street, 30th

4

Floor, Los Angeles, California 90017.

5

     On January 14, 2008, I served the foregoing document described as **NOTICE OF**

6

**LARRY CHAO'S FILING OF CHAPTER 11 PETITION AND EFFECT OF AUTOMATIC STAY OF 11 U.S.C. § 362 ON THIS ACTION** on the interested parties in this

7

action:

8

  **X**    by placing true copies thereof enclosed in sealed envelopes addressed as follows:

9

FRIEDMAN DUMAS & SPRINGWATER LLP
Cecily A. Dumas (SBN 111449)

10

Robert L. Fleischman (SBN 80045)

11

Brandon C. Chaves (SBN 225595)
150 Spear Street, Suite 1600

12

San Francisco, CA 94105
Telephone:  (415) 834-3800

13

Fax:  (415) 834-1044

14

  **X**    **BY MAIL:**  Following ordinary business practices at the Los Angeles, California office

15

of Milbank, Tweed, Hadley & McCloy LLP, I placed the sealed envelopes for collection and mailing with the United States Postal Service on that same day.  I am readily familiar with the

16

firm's practice for collection and processing of correspondence for mailing.  Under that practice, such correspondence would be deposited with the United States Postal Service on that same day,

17

with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

18

     **BY FEDERAL EXPRESS:**  Following ordinary business practices at the Los Angeles, California office of Milbank, Tweed, Hadley & McCloy LLP, I placed the sealed envelope(s)

19

for collection and retrieval by Federal Express on that same day.  I am readily familiar with the firm's practice for collection and processing of correspondence for retrieval by Federal

20

Express. Under that practice, such correspondence would be retrieved by Federal Express on that same day, with fees thereon fully prepaid at Los Angeles, California, in the ordinary course

21

of business.

22

     **BY EMAIL:**  I caused the above-entitled document(s) to be sent to the recipient(s) noted via electronic transfer (EMAIL) at the email address(es) indicated, as previously agreed by the

23

parties.

24

     Executed on January 14, 2008, at Los Angeles, California.

25

BETH A. AALBERTS                                        

Type or Print Name                          Signature

26

27

28

LA1:#6370320