RECEIVED
JAN - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

E-Filing

JULIE C. CHAO, an individual, and in her capacity as Trustee of CHAO LIVING TRUST,

    Plaintiff(s),

v.

PSM HOLDING CORP., a corporation, and DOES 1-20, inclusive,

    Defendant(s).

CASE NO. C 08 0100 ~~EMC~~ MMC

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Louis Anthony Pellegrino, an active member in good standing of the bar of the Southern District of New York, whose business address and telephone number (particular court to which applicant is admitted) is

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza,
New York, NY 10005-1413

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant PSM Holding Corp.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JAN 1 4 2008

*[signature]*

United States ~~Magistrate~~ District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California