IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE C. CHAO, | No. C-08-0100 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE TRANSFERRED TO CENTRAL DISTRICT OF CALIFORNIA** |
| v. | |
| PSM HOLDING CORP., | |
| Defendant / | |

Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than January 28, 2008, why, for the reasons stated in defendant's Notice of Pendency of Other Action, the instant action should not be transferred to the Central District of California.

As of January 28, 2008, unless the parties are advised that oral argument or further briefing on the matter is necessary, the Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated: January 14, 2008

MAXINE M. CHESNEY
United States District Judge