MILBANK, TWEED, HADLEY & McCLOY LLP
Linda Dakin-Grimm (SBN 119630)
Louis Anthony Pellegrino (admitted *pro hac vice*)
Patricia J. Quilizapa (SBN 233745)
Aluyah I. Imoisili (SBN 245572, application for admission to this Court pending)
601 S. Figueroa Street, 30th floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Fax: (213) 629-5063
Ldakin-grimm@milbank.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE C. CHAO, an individual, and in her capacity as Trustee of CHAO LIVING TRUST,<br><br>  Plaintiff,<br><br>v.<br><br>PSM HOLDING CORP., a corporation, and DOES 1-20, inclusive,<br><br>  Defendants. | CASE NO. CV 08-0100-EMC-ARB<br><br>PROOF OF SERVICE |

LA1:#6370452v2

PROOF OF SERVICE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

 I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 601 South Figueroa Street, 30th Floor, Los Angeles, California 90017.

 On January 15, 2008, I served the foregoing document described as **STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY** on the interested parties in this action:

 **X** by placing true copies thereof enclosed in sealed envelopes addressed as follows:

FRIEDMAN DUMAS & SPRINGWATER LLP
Cecily A. Dumas (SBN 111449)
Robert L. Fleischman (SBN 80045)
Brandon C. Chaves (SBN 225595)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone: (415) 834-3800
Fax: (415) 834-1044

 **X** **BY MAIL:** Following ordinary business practices at the Los Angeles, California office of Milbank, Tweed, Hadley & McCloy LLP, I placed the sealed envelopes for collection and mailing with the United States Postal Service on that same day. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, such correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

 ___ **BY FEDERAL EXPRESS:** Following ordinary business practices at the Los Angeles, California office of Milbank, Tweed, Hadley & McCloy LLP, I placed the sealed envelope(s) for collection and retrieval by Federal Express on that same day. I am readily familiar with the firm's practice for collection and processing of correspondence for retrieval by Federal Express. Under that practice, such correspondence would be retrieved by Federal Express on that same day, with fees thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

 ___ **BY EMAIL:** I caused the above-entitled document(s) to be sent to the recipient(s) noted via electronic transfer (EMAIL) at the email address(es) indicated, as previously agreed by the parties.

 Executed on January 15, 2008, at Los Angeles, California.

BETH A. AALBERTS
Type or Print Name

_____
Signature

LA1:#6370320

PROOF OF SERVICE

STANDING ORDERS FOR CIVIL CASES
ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY

1. Counsel shall consult and comply with all provisions of the Local Rules relating to continuance, motions, briefs, and all other matters, unless superseded by these Standing Orders.

2. **Electronic Case Filing - Lodging Hard Copies for Chambers**

   In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked **"Chambers Copy"** and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and "E-Filing Chambers Copy."

3. <u>**Scheduling Days:**</u>

   a. Criminal Law and Motion Calendar is conducted on Wednesdays at **2:30 p.m.**
   b. Civil Law and Motion Calendar is conducted on Fridays at **9:00 a.m.**
   c. Case Management Conferences are conducted on Fridays at **10:30 a.m.**, with order of call determined by the Court.
   d. Pretrial conferences are generally conducted on Tuesday afternoons at **3:00 p.m.**
   e. Counsel need not reserve a hearing date for motions, but noticed dates may be reset as the Court's calendar requires.

4. **Proposed Orders Required:** Each party filing <u>or opposing</u> a motion shall also serve and file a proposed order which sets forth the relief or action sought and a <u>short</u> statement of the rationale of decision, including citation of authority, that the party requests the Court to adopt.

5. **Discovery:** Discovery motions will be referred to a Magistrate Judge.

6. **Procedural Matters:** Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an administrative request in accordance with Civil Local Rule 7-11. *In either case, no changes in the Court's schedule or procedures shall be made except by signed order of the Court **and only upon a showing of good cause.***

7. **Service of Standing Orders:** Plaintiff is directed to serve copies of these standing orders at once upon all parties to this action and upon those subsequently joined, in accordance with the provisions of Rules 4 and 5, Federal Rules of Civil Procedure, and to file with the Clerk of the Court a certificate reflecting such service.

IT IS SO ORDERED.

Dated: April 20, 2005

Maxine M. Chesney
United States District Judge