| | |
|---|---|
| *Attorney or Party without Attorney:*<br>MILBANK, TWEED, HADLEY & McCLOY, LLP<br>601 S. FIGUEROA STREET, 30TH FLOOR<br>LOS ANGELES, CA 90017<br>*Telephone No:* 213-892-4000    *FAX No:* 213-892-4799 | *For Court Use Only* |
| *Attorney for:* Defendant | *Ref. No. or File No.:*<br>38881-00000 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California, San Francisco Division

*Plaintiff:* JULIE C. CHAO, AN INDIVIDUAL
*Defendant:* PSM HOLDING CORPORATION; ET AL.

| **PROOF OF SERVICE**<br>**MISC** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV-08-0100 MMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Notice Of Removal Of Action; Under 28 U.S.C. §§ 1441 And 1332 (Diversity Jurisdiction); Certification Of Interested Entities Or Persons Under Frcp 7.1 And Local Rule 3-16; Notice Of Pendency Of Other Action; Declaration Of Patricia J. Qulizapa In Support Of Notice Of Pendency Of Other Action; Notice To Adverse Party Of Removal To Federal Court; Under 28 U.S.C §§ 1441 And 1332 (Diversity Jurisdiction); Certificate Of Service Of Notice To Adverse Party Of Removal To Federal Court

3. a. Party served:    FRIEDMAN DUMAS & SPRINGWATER LLP; ATTN: CECILY A. DUMAS, ESQ./ROBERT L. FLEISCHMAN, ESQ./BRANDON C. CHAVES, ESQ.
   b. Person served:   APRIL SULLIVAN (RECEPTIONIST), African American, Female, 30 Years Old, Black Hair, Brown Eyes, Sitting)

4. Address where the party was served:    150 SPEAR STREET, SUITE 1600
                                           SAN FRANCISCO, CA 94105

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Mon., Jan. 07, 2008 at: 4:06PM, to the person(s) indicated below in the manner as provided in CCP §1011
   APRIL SULLIVAN (RECEPTIONIST)
   (1) **(Business)** A person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

7. *Person Who Served Papers:*                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANANDA P. BOUGANIM
                                                                    d. *The Fee* for Service was:

   **A & A LEGAL SERVICE**                                          e. I am: (3) registered California process server
                                                                        (i) Employee
   1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM                     (ii) Registration No.:    2006-0000970-00
   Burlingame, CA 94010-1602    Fax (650) 697-4640                     (iii) County:             San Francisco
   (650) 697-9431

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Jan. 09, 2008

   Judicial Council Form                    PROOF OF SERVICE      (ANANDA P. BOUGANIM)
   Rule 982.9.(a)&(b) Rev January 1, 2007        MISC                                            8924000.43221