1  FRIEDMAN DUMAS & SPRINGWATER LLP
   CECILY A. DUMAS (S.B. NO. 111449)
2  ROBERT L. FLEISCHMAN (S.B. NO. 80045)
   150 Spear Street, Suite 1600
3  San Francisco, CA 94105
   Telephone Number:  (415) 834-3800
4  Facsimile Number:  (415) 834-1044

5  Attorneys for Julie C. Chao

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julie C. Chao, an individual, and in her capacity as Trustee of CHAO LIVING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>PSM HOLDING CORP., a corporation, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. CV 08-0100-MMC<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (A) |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41 (a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: : January 25, 2008          FRIEDMAN DUMAS & SPRINGWATER LLP



                                    By:  /S/ Robert L. Fleishman
                                         Robert L. Fleischman
                                         Attorneys for Plaintiff
                                         JULIE C. CHAO