1  FRIEDMAN DUMAS & SPRINGWATER LLP
   CECILY A. DUMAS (S.B. NO. 111449)
2  ROBERT L. FLEISCHMAN (S.B. NO. 80045)
   150 Spear Street, Suite 1600
3  San Francisco, CA 94105
   Telephone Number:  (415) 834-3800
4  Facsimile Number:  (415) 834-1044

5  Attorneys for Julie C. Chao

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 | Julie C. Chao, an individual, and in her     | Case No. CV 08-0100-MMC
   | capacity as Trustee of CHAO LIVING
12 | TRUST,
   |                                              | CERTIFICATE OF SERVICE
13 |           Plaintiff,
   |
14 |     vs.
   |
15 | PSM HOLDING CORP., a corporation,
   | and DOES 1-20, inclusive,
16 |
   |           Defendant.

# **CERTIFICATE OF SERVICE BY MAIL**

I, Maisha Myles, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Friedman Dumas & Springwater LLP and my business address is 150 Spear Street, Suite 1600, San Francisco, California 94105. I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 25, 2008, at my place of business as listed above, the following document:

**NOTICE OF VOLUNTARY DISMISSAL**

**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (A)**

was placed for deposit in the United States Postal Service, for collection and mailing on that date, following ordinary business practices, in a sealed envelope(s), with postage fully prepaid, addressed as shown below:

Milbank, Tweed, Hadley & McCloy LLP
Linda Dakin-Grimm
Louis Anthony Pellegrino
Patricia J. Quilizapa
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on January 25, 2008.

    /S/Maisha Myles
    Maisha Myles